UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
CASE NO.: 23-CR-169 COLEMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELDAR MATA,

    Defendant.

_____/

## **UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

    The defendant, ELDAR MATA, by and through his undersigned attorney, moves this Honorable Court to enter its order granting him permission to travel to Spain from November 15, 2023 to November 30, 2023 and as grounds states the following:

    1.    The defendant's current bond is a $250,000 personal surety bond co-signed by his mother and stepfather who have pledged their real property in Miami, FL as security for said bond.

    2.    The defendant is, and has been, in full compliance with all the terms of his pretrial release.

    3.    The defendant would like to travel to Spain for his daughter's first birthday which is on November 23, 2023. The defendant will travel by air from Miami, FL to Madrid with a connecting flight to Malaga, Spain and will be staying with his wife and two (2) minor children while in Malaga. Prior to his arrest, the defendant's wife and minor children lived in Spain. They traveled to Miami for the summer months and returned to Spain in September for school

and for immigration compliance. The defendant's daughter is not a United States Citizen or Permanent Resident and cannot reside in the United States for more than 6 months.

4. If approved, the defendant would depart from Miami on November 15, 2023, and return to Miami on November 30, 2023. He would also need to obtain his passport from Pretrial Services which was surrendered to Pretrial Services per his bond conditions.

5. The defendant will return his passport to Pretrial Services within 24 hours of his return to Miami.

6. Undersigned counsel has conferred with AUSA Andrew C. Erskine who does not oppose this request.

WHERFORE, the Defendant requests this Honorable Court to grant this motion and allow him to travel to Spain from November 15, 2023 to November 30, 2023 and to order Pretrial Services to release his passport to him on November 14, 2023 for said ravel.

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 5th day of October 2023.

Respectfully submitted,

BY: __s/s Joel DeFabio__
JOEL DEFABIO, ESQUIRE
FL Bar No.: 0311529
201 Alhambra Circle, Suite 1200
Coral Gables, FL 33134
(305) 433-6191
jd@jdefabio.com